FILED
U.S. DISTRICT COURT

# United States District Court
## Southern District of Georgia

2009 DEC -7 PM 5: 01

CLERK J. Howell
SO. DIST. OF GA.

PLUMBERS AND STEAMFITTERS LOCAL NO. 150
PENSION FUND; JEFFERY G. RICE, as representative
Trustee of the Pension Fund; and, PATRICK H. F. SMITH,
IV, as representative Trustee of the Pension Fund,

      Plaintiffs,

v.

CUSTOM MECHANICAL CSRA, LLC,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  CV 107-142

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Findings of Fact and Conclusions of Law entered on October 13, 2009 and the Court's Order entered on December 7, 2009, Final Judgment is hereby ENTERED in favor of the Plaintiffs, PLUMBERS AND STEAMFITTERS LOCAL NO. 150 PENSION FUND, JEFFERY G. RICE, AND PATRICK H. F. SMITH, IV, and against the Defendant, CUSTOM MECHANICAL CSRA, LLC, in the sum certain amount of FOUR HUNDRED AND FIFTY-ONE THOUSAND, FIVE HUNDRED AND THIRTY-NINE AND 35/100 DOLLARS ($451,539.35).

Approved by: _____
          J. RANDAL HALL, District Judge

| DECEMBER 7, 2009 | Scott L. Poff |
|---|---|
| Date | Clerk |

Joseph A. Howell, III
(By) Deputy Clerk